```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                      ATHENS DIVISION
```

MARY BROWN, o/b/o J.A.,            *

    Plaintiff,                    *

vs.                                *

CAROLYN W. COLVIN,                 *       CASE NO.3:12-CV-141-CDL
Commissioner of Social
Security,                          *

    Defendant.                    *

## ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 4, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff in response to the Report and Recommendation have been considered and are found to be without merit.

IT IS SO ORDERED, this 31st day of October, 2013.

                                                  s/Clay D. Land
                                                      CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE